423 P.2d 882

**T. B. WILLIAMS, Russell Lillibridge, Mildred Lillibridge, Anna Lee Collin Williams, Harry Mier, Ellen Mier, Margaret Peluse and John Zimmel, Petitioners,**

v.

**The Honorable George L. ZIMMERMAN, Presiding Judge by designation as to Cause Nos. 6409, 6430 and 6681 of the District Court of the Seventh Judicial District, Sierra County, Respondent,**

**Bernadine Allen, Special Administratrix of the Estate of Arthur Larry Allen, Deceased, Quincy D. Adams and J. Victor Pongetti, Parties in Interest.**

No. 8251.

Supreme Court of New Mexico.

Nov. 16, 1966.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on October 10, 1966, be and the same is hereby quashed.

423 P.2d 882

**Apolonio DURAN, Simon "Jimmy" Bustamante, Pablo Aguilar, Eusebio Segura and Gavino Lovato, Individually and as representatives of a class to which they belong, Relators,**

v.

**Judge Joe ANGEL, Judge of the District Court, Fourth Judicial District, San Miguel County, Respondent.**

No. 8345.

Supreme Court of New Mexico.

Feb. 1, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

It having been made to appear that the time for performance of the acts and things heretofore prohibited has passed and that no matters remain to be performed, or for our consideration;

Ordered that this cause be and the same is hereby dismissed as moot.